UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DEXTER S.C. FARLOUGH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEBRA DEXTER/JAMES D. HARTLEY,<br><br>　　　　　Respondents. | CV 08-2179-GPS (SH)<br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　IT IS ORDERED that the Petition filed herein is dismissed.

///

1

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/5/08

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE