# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

DEXTER S.C. FARLOUGH,                ) CV 08-2179-GPS (SH)
                                     )
              Petitioner,            ) JUDGMENT
                                     )
     v.                              )
                                     )
DEBRA DEXTER/ JAMES D. HARTLEY,      )
                                     )
              Respondents.           )
_____)

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: 10/5/08

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1